# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **DEBRA L. HOLTE & BUDDY BEDS LLC**<br><br>**Plaintiffs,**<br><br>v.<br><br>**TRISTAR PRODUCTS, INC.**<br><br>**Defendant.** | CIVIL ACTION FILE NUMBER:<br><br>1:11-CV-01156 (REB, CBS)<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL WITH PREJUDICE |

Plaintiffs Debra L. Holte and Buddy Beds LLC (collectively, "Holte") and Defendant Tristar Products, Inc. ("Tristar Products"), having settled this action, through their respective counsel of record, hereby jointly stipulate to the dismissal with prejudice of this entire action as follows:

    A.    Holte's claims regarding alleged infringement of Holte U.S. Patent No. 7,185,604 ("the '604 patent") entitled "ORTHOPEDIC PET BED" are dismissed with prejudice in their entirety;

    B.    Holte's claims regarding False Advertising, Lanham Act §43(A) are dismissed with prejudice in their entirety;

    C.    Holte's claims regarding Violations of the Colorado Consumer Protection Act are dismissed with prejudice in their entirety;

    D.    Holte and Tristar Products shall bear their own attorney's fees and costs relating to this action;

    E.    Holte and Tristar Products respectfully request that the Court enter the

Order attached hereto.

So stipulated this 28th day of September 2012,

| | |
|---|---|
| */s/ Edward P. Bakos* | */s/ Alison G. Wheeler* |
| Edward P. Bakos, Esq. | Alison G. Wheeler, Esq. |
| Noam J. Kritzer, Esq. | **BARTLIT BECK HERMAN PALENCHAR &** |
| **BAKOS & KRITZER** | **SCOTT LLP** |
| 147 Columbia Turnpike | 1899 Wynkoop Street, 8th Floor |
| Florham Park, New Jersey 07932 | Denver, Colorado 80202 |
| Telephone No.: (908) 273-0770 | Telephone No.: (303) 592-3100 |
| Facsimile No.: (973) 520-8260 | Facsimile No.: (303) 592-3140 |
| Email: ebakos@bakoskritzer.com | Email: alison.wheleer@bartlit-beck.com |
| nkritzer@bakoskritzer.com | |
| | |
| *Attorneys for Tristar Products Inc.* | *Attorneys for Plaintiffs Debra Holte and Buddy Beds LLC* |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012 I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Alison G. Wheeler
Alison G. Wheeler