**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01156-REB-CBS

DEBRA L. HOLTE, and
BUDDY BEDS, LLC,

      Plaintiffs,

v.

TRISTAR PRODUCTS, INC.,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter before me is the **Joint Stipulation and [Proposed] Order Regarding Dismissal With Prejudice** [#27][1] filed September 28, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulation and [Proposed] Order Regarding Dismissal With Prejudice** [#27] filed September 28, 2012, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 28, 2012, at Denver, Colorado.

              **BY THE COURT:**

              Robert E. Blackburn
              United States District Judge

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.